UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE KELLY CLARKE, | No. 2:17-cv-2679 KJN P |
| Petitioner, | |
| v. | ORDER |
| TOM BOSENKO, Sheriff, | |
| Respondent. | |

Petitioner, a jail inmate housed in the Shasta County Jail, filed a petition for writ of habeas corpus, along with an application to proceed in forma pauperis under 28 U.S.C. § 1915. However, the certificate portion of the application was not completed by jail officials. Therefore, petitioner will be provided the opportunity to submit a certified copy of his inmate trust account statement.

In accordance with the above, IT IS HEREBY ORDERED that petitioner shall submit, within thirty days from the date of this order, an application to proceed in forma pauperis in which jail officials have completed the certificate portion of the form. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: January 5, 2018

/clar2679.101a

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1