UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE KELLY CLARKE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>TOM BOSENKO,<br><br>　　　　　Respondent. | No. 2:17-cv-2679 KJN P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Petitioner is housed at the Shasta County Jail. By an order filed January 5, 2018, petitioner was ordered to file, within thirty days, an in forma pauperis affidavit in which jail officials have completed certificate portion of the form. The thirty day period has now expired, and petitioner has not filed an in forma pauperis affidavit with the certification completed. Petitioner did file Shasta County Detention Facility Inmate "Request for Information" forms on which plaintiff handwrote words all over four of these forms in an unintelligible fashion. (ECF No. 5 at 2-5.) But this filing does not provide the jail's certification required for this court to determine whether petitioner may proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS RECOMMENDED that this action be dismissed without prejudice.

////

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  February 15, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/clar2679.fifp